**No. 09-11032. Bobby Lee Thompson, Petitioner v. United States.**

561 U.S. 1035, 130 S. Ct. 3528, 177 L. Ed. 2d 1109, 2010 U.S. LEXIS 5352.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 587 F.3d 1165.

**No. 09-11034. Terence Bruce Richards, Petitioner v. United States.**

561 U.S. 1035, 130 S. Ct. 3529, 177 L. Ed. 2d 1109, 2010 U.S. LEXIS 5401.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-11035. Joaquin Cardona Sandoval, Petitioner v. United States.**

561 U.S. 1035, 130 S. Ct. 3529, 177 L. Ed. 2d 1109, 2010 U.S. LEXIS 5343.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-11043. Jerry W. Jenkins, Petitioner v. United States.**

561 U.S. 1035, 130 S. Ct. 3529, 177 L. Ed. 2d 1109, 2010 U.S. LEXIS 5376.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 355 Fed. Appx. 983.

**No. 09-11046. Carl Anthony Knight, Petitioner v. United States.**

561 U.S. 1035, 130 S. Ct. 3529, 177 L. Ed. 2d 1109, 2010 U.S. LEXIS 5409.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 349 Fed. Appx. 694.

**No. 09-11047. Eddie D. Gregory, Petitioner v. United States.**

561 U.S. 1035, 130 S. Ct. 3532, 177 L. Ed. 2d 1109, 2010 U.S. LEXIS 5491.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 334 Fed. Appx. 769.

**No. 09-11054. Alduff Doody, Petitioner v. United States.**

561 U.S. 1036, 130 S. Ct. 3529, 177 L. Ed. 2d 1109, 2010 U.S. LEXIS 5456.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 600 F.3d 752.